

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v

SHANNON LEE FERGUSON,

        Defendant,

and

EASTMAN CREDIT UNION,

        Garnishee.

_____/

Case No.: 2:11-MC-51487
Hon. Denise Page Hood

**F I L E D**
OCT 22 2025
CLERK'S OFFICE
DETROIT

## ANSWER OF THE GARNISHEE

I, <u>Jessica Leach</u>, the <u>Paralegal</u> of Garnishee,
    (name)            (title)

EASTMAN CREDIT UNION, state under penalty of perjury as follows:

GARNISHEE IS (choose one):

[_____] An individual doing business in the name of _____,

[_____] A partnership, [_____] LP, [_____] LLP, or LLC,

[_____] A corporation, organized under the laws of the State of _____,

[_____] An executor or personal representative of an estate in the County of

_____, State of _____,

[ X ] Other: <u>Credit Union- Financial Institution</u>.

On <u>October 7, 2025</u>, Garnishee was served with a Garnishment Writ.
    (date)

At the time Garnishee was served with the Writ, Garnishee had in its possession or control, the following property of the Judgment Debtor:

## 1. Financial Accounts: Part 1

**Account 1**
Type: Primary Share Account
No. 104943685
Title owner(s): Shannon Ferguson
Amount: $ $3,690.58

**Account 2**
Type: Beyond Free Checking
No. 104943700
Title owner(s): Shannon Ferguson
Amount: $ $1,084.72

**Account 3**
Type: Primary Share Account
No. 105435508
Title owner(s): Shannon Ferguson; Mark Ferguson
Amount: $ $71,106.92

**Account 4**
Type: Beyond Free Checking
No. 105435524
Title owner(s): Shannon Ferguson; Mark Ferguson
Amount: $ $98.79

## 2. Safety Deposit Box:

Box No.: N/A
Last accessed:
Owner(s) other than Judgment Debtor:

## 3. Real Property located at:

N/A

## 4. Detail other personal property in the Garnishee's possession, custody, or control:

N/A

## 5. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony? [     ] Yes or [ ✓ ] No

If the answer is yes, describe below (include case number, state, county):

At the time Garnishee was served with the Writ, Garnishee had in its possession or control, the following property of the Judgment Debtor:

**1. Financial Accounts: Part 2**

**Account 1**
Type: Primary Share Account
No. 105630322
Title owner(s): Shannon Ferguson; Mark Ferguson; Carolyn Ferguson
Amount: $ $1,958.71

**Account 3**
Type: Beyond Free Checking
No. 111788876
Title owner(s): Shannon Ferguson
Amount: $ $302.01

**Account 2**
Type: Beyond Free Checking
No. 105630330
Title owner(s): Shannon Ferguson; Mark Ferguson; Carolyn Ferguson
Amount: $ $1,394.94

**Account 4**
Type: _____
No. _____
Title owner(s): _____
Amount: $ _____

**2. Safety Deposit Box:**

Box No.: N/A
Last accessed: _____
Owner(s) other than Judgment Debtor: _____

**3. Real Property located at:**
N/A

**4. Detail other personal property in the Garnishee's possession, custody, or control:**
N/A

**5. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?** [     ] Yes or [ ✓ ] No

If the answer is yes, describe below (include case number, state, county):

**DO NOT DISBURSE PROPERTY UNTIL FURTHER COURT ORDER.**

**NOTE: FEDERAL LAW DOES NOT PROVIDE FOR A FEE FOR THE GARNISHEE.**

6. **Does the Garnishee have possession, custody, or control of any other property, other than accounts, safety deposit boxes, or other personal property, now owed or to be paid in the future, in which the Judgment Debtor has an interest? [ ✔ ] Yes or [＿＿] No**

If the answer is yes, describe below (include any case number, state, county):

| | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. | 2024 Nissan Pathfinder | $48,832.44 Loan Balance | Auto Loan |
| 2. | | | |
| 3. | | | |
| 4. | | | |

Other details: ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**IF GARNISHEE DENIES HOLDING PROPERTY SUBJECT TO GARNISHMENT:**

Check and complete the applicable line below:

[＿＿] Garnishee has the following objection(s), defense(s), or set-off(s):

[＿＿] On the date Garnishee was served with the Writ, the Garnishee was not indebted or under liability to the Judgment Debtor, and/or did not have in its possession or control any assets, income, or other property in which the Judgment Debtor has an interest.

GARNISHEE mailed a copy of this Answer by first-class mail to:

(1) SHANNON LEE FERGUSON, at: <u>308 Fain Rd, Blountville, TN 37617</u>

(2) [＿＿] by electronic filing or [✓] by first-class mail to the Clerk, U.S. District Court, 231 W. Lafayette Blvd, Rm. 599, Detroit, MI 48226;

(3) [＿＿] by electric filing or [✓] by first-class mail to the attorney for the United States, United States Attorney's Office, Attn: MLARS-FLP, 211 W. Fort St., Ste. 2001, Detroit, MI 48226.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this *10th* day of *October*, 20*25*.

*Jessica Leach*
(Signature)

*Jessica Leach*
(Print Name)

Title *Paralegal*

Address *PO Box 1989*

City, State, Zip *Kingsport Tn 37662*

Telephone and Fax Number *423-578-7480; 423-578-7645*

Email *jleach@ecu.org*

*Notary Public Section*

STATE OF ___Tennessee___ §

COUNTY OF ___Washington___ §

The foregoing was SUBSCRIBED AND SWORN TO before me on this _10th_ day of ___October___, 202_5_, by ___Jessica Leach___.

*[Name of Affiant]*

[Seal]

___Mia B. Davis___
*Notary Public*

My commission expires: _12·23·2028_.

---

*If no notary is available and you are <u>within</u> the United States, its territories, possessions, or commonwealths, please complete this section:*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
　　　　　　　　　*[Date]*

_____
　　　　　　　　　*[Signature]*

---

*If no notary is available and you are <u>outside</u> the United Sates, please complete this section:*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____.
　　　　　　　　　*[Date]*

_____
　　　　　　　　　*[Signature]*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,

v

             Case No.:    2:11-mc-51487
             Hon. Denise Page Hood

SHANNON LEE FERGUSON,

               Defendant,

and

EASTMAN CREDIT UNION,

               Garnishee.

_____/

## WRIT OF GARNISHMENT

GREETINGS TO: Eastman Credit Union
                    Attn: Jacquie Bamman
                    Sr. Legal Coordinator
                    P.O. Box 1989
                    Kingsport, TN 37662

An application for a Writ of Garnishment against the property of Shannon Lee Ferguson, whose Social Security Number is ***-**-0159, has been filed with this Court. A judgment was entered in Case No.: 08CR20258 01, and there is presently owing the amount of $710,814.97, exclusive of costs, computed through October 1, 2025.[1]

---

[1] Defendant has received credit for payments received from jointly and severally liable co-defendants in accordance with 18 U.S.C. § 3664(h), if applicable.

The name and address of the Garnishee's representative is:

> Eastman Credit Union
> P.O. Box 1989
> Kingsport, TN 37662

The name and address of counsel for the United States is:

> Jessica A. Nathan, AUSA
> 211 W. Fort St., Ste. 2001
> Detroit, MI 48226

The last known address of Defendant, Shannon Lee Ferguson, is:

> Shannon Lee Ferguson
> REDACTED
> Blountville, TN 37617

Pending further order of this Court, you shall withhold and retain all property in which Shannon Lee Ferguson has a substantial nonexempt interest and for which you are or may become indebted to Shannon Lee Ferguson, including but not limited to disposable earnings and/or wages, and any retirement or investment accounts. *See* 28 U.S.C. § 3205(c)(2)(F). Property that is exempt and that is not subject to this Writ is listed in the enclosed Clerk's Notice. Do not deliver the property to the United States District Clerk at this time. Instead, withhold and retain the property until the Court orders its distribution. *Id.*

**You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have, or may in the future have, in your custody, control or possession, any property owned by the debtor, Shannon Lee**

**Ferguson, including non-exempt, disposable earnings.**

If you are represented by counsel who is an Electronic Case Files (ECF) system user in the Eastern District of Michigan, your attorney may file your Answer electronically in ECF. Otherwise, mail or deliver the original Answer to the United States District Clerk at: Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Room 599, Detroit, MI 48226. You must file the original written Answer to this Writ within ten (10) days of your receipt of this Writ. A copy of your Answer must also be served upon the debtor, Shannon Lee Ferguson, with a last known address at REDACTED, Blountville, TN 37617, and upon the attorney for the Government: Jessica A. Nathan, United States Attorney's Office, 211 W. Fort St., Ste. 2001, Detroit, MI 48226. A sample Answer Form is included for your convenience.

Pursuant to the provisions of Section 3613(a) of Title 18, there may be property which is exempt from this Writ. All non-exempt property belonging to Shannon Lee Ferguson, including but not limited to twenty-five percent (25%) of the non-exempt disposable earnings currently owed and owed in the future to Shannon Lee Ferguson, must be withheld from and retained by you pending further order of the Court.

It is unlawful to pay or deliver to the defendant any item attached by this Writ. If you fail to answer this Writ or withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear

before the Court. *See* 28 U.S.C. § 3205(c)(6). If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. *Id.* Additionally, you may be held liable for a reasonable attorney's fee to the United States of America. *Id.*

KINIKIA ESSIX
UNITED STATES DISTRICT COURT CLERK
EASTERN DISTRICT OF MICHIGAN

By: _J. Mullen_____

Dated: 10/01/2025     Deputy Clerk

**Eastman Credit Union.**

**ECU BESIDE YOU.**

P.O. BOX 1989
KINGSPORT, TN 37662-1989

RETURN SERVICE REQUESTED

CERTIFIED MAIL

9171 9690 0935 0083 7260 23

NEOPOST
10/15/2025
US POSTAGE $009.15⁰

FIRST-CLASS MAIL
IMI

ZIP 37660
041M11456403

RECEIVED

OCT 22 2025

CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. District Court
231 W. Lafayette Blvd Room 599
Detroit, MI 48226

U.S. MARSHALS

48226-270099

NCUA

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE