**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

     Plaintiff,                          Case No.:  2:11-mc-51487

v                                   Hon. Denise Page Hood

SHANNON LEE FERGUSON,

     Defendant,
and

EASTMAN CREDIT UNION,

     Garnishee.

_____/

**STIPULATION AND ORDER ADJOURNING HEARING**
_____

THIS MATTER is before the Court upon Agreement of the parties, the United States of America ("Plaintiff"), by and through Assistant United States Attorney, Jessica A. Nathan, and the Defendant, Shannon Lee Ferguson ("Defendant"), by and through counsel, Samuel J. Bennett, (collectively the "Parties").

WHEREFORE, from October 1–8, 2025, the United States made application and obtained writs of garnishment for certain substantial property of the Defendant's. (ECF No. 11–16).

WHEREFORE, on April 8, 2026, the Court held a hearing on the Defendant's objection to the Eastman Credit Union garnishment. On April 8, 2026, the Court continued the hearing to May 19, 2026, to permit supplemental briefing and to permit the parties additional time to discuss settlement concerning the assets and potential dismissal of the garnishment action. (ECF No. 32).

WHEREFORE, on May 19, 2026, counsel for the Defendant advised Plaintiff there was agreement to the wage garnishment and near resolution to the Eastman Credit Union garnishment. The parties have submitted the Stipulated Agreement for the Final Order of Continuing Garnishment concerning the Defendant's wages and anticipate submitting an agreed order concerning the Eastman Credit Union garnishment to avoid the need for a hearing.

Therefore, the parties respectfully request the Court adjourn the hearing in the above-captioned matter from May 19, 2026, at 2:00 p.m., for an additional three weeks to permit completion of drafting of an agreed order for the Eastman Credit Union assets.

//

//

APPROVED AS TO SUBSTANCE AND FORM.

JEROME F. GORGON, JR
United States Attorney

s/ Jessica A. Nathan
JESSICA A. NATHAN
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
T: (313) 226-9643
Jessica.Nathan@usdoj.gov
(TX 24090291)
*Counsel for United States*

s/ Samuel J. Bennett (with consent)
SAMUEL J. BENNETT
The Bennett Law Firm, PLLC
25600 Woodward Ave., Ste. 214
Royal Oak, MI 48067
T: (248) 281-6991
sam@bennettpllc.com
*Counsel for Defendant*

Dated: May 20, 2026

Dated: May 20, 2026

******************************

Based on the foregoing, the objection to garnishment hearing in this matter is reset for June 18, 2026, at 11:00 AM.

It is so ORDERED.

Dated:  May 20, 2026

s/Denise Page Hood
Hon. Denise Page Hood
United States District Judge